UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MICHAEL WHALEY,

    Plaintiff,

v.                                    Case No: 5:21-cv-550-JSM-PRL

TROMBERG MORRIS POULIN PLLC,

    Defendant.
_____

**ORDER**

    THIS CAUSE comes before the Court upon Defendant's Unopposed Motion to Temporarily Stay Action (Dkt. 9) pending the final outcome of the rehearing *en banc* in the 11th Circuit Court of Appeals for the matter *Hunstein v. Preferred Collection and Management Services, Inc.*, No. 19-14434-HH (11th Cir. 2019). Upon review and consideration, it is therefore

    ORDERED AND ADJUDGED that:

1. Defendant's Unopposed Motion to Temporarily Stay Action (Dkt. 9) is GRANTED.

2. The Clerk is directed to stay these proceedings and administratively close this case.

3. When appropriate, counsel shall move to re-open the case.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of January, 2022.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record